IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYSHAUN TAYLOR,

    Plaintiff,                                       No. 2:10-cv-0453 MCE KJN P

    vs.

ED PRIETO, et al.,

    Defendants.                                ORDER

/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application including the signed certificate portion of the application filled out and signed by an authorized prison official. Plaintiff's failure to comply with this order may result in the dismissal of this action; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tayl0453.3a2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYSHAUN TAYLOR | | |
| | Plaintiff, | No. 2:10-cv-0453 KJN (PC) |
| vs. | | |
| ED PRIETO, et al., | | <u>SUBMISSION OF</u> |
| | Defendants. | <u>IFP or FILING FEE</u> |

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

     _____     IFP affidavit

     _____     The appropriate filing fee

DATED:

     _____
     Plaintiff