IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYSHAUN TAYLOR,

      Plaintiff,                      No. CIV S-10-cv-0453 MCE KJN P

   vs.

ED PRIETO, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

      By an order filed May 13, 2010, plaintiff was ordered to file a fully completed in forma pauperis affidavit within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file

1

1  objections within the specified time may waive the right to appeal the District Court's order.

2  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: June 22, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tay453.fifp